UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case Nos: 25-mj-456, 25-mj-457, 25-mj-458,
25-mj-459, 25-mj-460, 25-mj-461, 25-mj-462, 25-mj-463

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF EIGHT PHYSICAL PREMISES AS DESCRIBED IN ATTACHMENTS A-1 THROUGH A-8 | **ORDER TO UNSEAL** |

This matter is before the Court on the Government's Motion to Unseal in the above-referenced matters.

NOW, THEREFORE, IT IS HEREBY ORDERED, upon good cause shown, that the government's motion is granted, and the Warrants, Applications, and Affidavits of FBI Special Agent Kurt Beulke referenced above are unsealed.

July 16, 2025                                  *s/David T. Schultz*
Dated                                          THE HONORABLE DAVID T. SCHULTZ
                                               UNITED STATES MAGISTRATE JUDGE